Rose Segal, Respondent, *v.* Marie Fajman, Appellant,
Impleaded with Others.

(Argued June 10, 1935; decided July 11, 1935.)

*Albert W. Sibek* for appellant.
*Nathan A. Goldenthal* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.